```
United States District Court
Southern District of New York
----------------------------------------X
RONALD B. WILLIAMS

                    Plaintiff,

        -against-                              09 Civ. 10259 (DAB)
                                                     ORDER
CITY OF NEW YORK, CAROLYN RIOS
NICHOLAS COLUCCI, BLANDIMIR
FALETTE, MICHAEL RAUCH, and JOHN
DOES 1 through 10,

                    Defendants.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts they are making to identify Defendants John Does ## 1-10.

SO ORDERED.

Dated:    New York, New York
          April 13, 2009

*(signature)*
Deborah A. Batts
United States District Judge