```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD WILLIAMS,

                Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                Defendants.

ORDER

09 Civ. 10259 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having received notice that both of the Parties have accepted the settlement recommendation made by the Court on February 10, 2011,

**IT IS HEREBY ORDERED** that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated within thirty (30) days. After thirty days, the discontinuance shall be with prejudice.

**SO ORDERED this 15th day of February 2011**
New York, New York

                                                      *Ronald Ellis*
                                               The Honorable Ronald L. Ellis
                                               United States Magistrate Judge